#60691

FILED
2010 JUL -8 PM 12:16

UNCLAIMED FUNDS

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

JULY 7, 2010

04-66772   JEFFRY PACHMAYER ✓
           SUZI PACHMAYER
           CREDITOR DID NOT CASH CHECK
           CHECK #439048 FOR $103.18
           MARSHALL FIELD
           PO BOX 66955
           ST LOUIS, MO  63166

0 · *

103 · 18 +

103 · 18 *